IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MILIND DESAI, | ) | CASE NO. 1:19-CV-02327 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GEICO CASIALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that GEICO is a wholly owned subsidiary of Berkshire Hathaway. The Court advised the parties that it has an equity interest in Berkshire Hathaway. Although the Court spoke with the parties about a procedure for possible conflict waiver, the Court finds that the Court is required to recuse under 28 USC 455(b)(4) and Code of Judicial Conduct Canon 3C(1)(c). For these reasons, this case is returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

Dated:  December 16, 2019              *s/        James S. Gwin*
                                       JAMES S. GWIN
                                       UNITED STATES DISTRICT JUDGE