UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MILIND DESAI**, Individually, and on behalf of all those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**GEICO CASUALTY COMPANY**,<br><br>Defendant. | Case No. 19-CV-02327<br><br>Judge Solomon Oliver, Jr.<br><br><br>**ORDER AMENDING SCHEDULE THROUGH CLASS CERTIFICATION** |

Upon consideration of the Parties' Joint Proposed Amended Schedule, the Court sets the following deadlines:

| Event | Deadline |
|---|---|
| Fact Discovery Cutoff for Class Certification | 120 days after the trigger date |
| Plaintiff's Disclosure of Experts for Class Certification | 30 days after the Fact Discovery Cutoff for Class Certification |
| Defendant's Disclosure of Experts for Class Certification | 45 days after Plaintiff's Expert Disclosure |
| Depositions of Experts | Either party may depose the opposing party's experts at any time prior to the expiration of 60 days following Defendant's Expert Disclosure |
| Motion for Class Certification | 30 days after the Expert Deposition deadline |
| Opposition to Class Certification | 45 days after Plaintiff files a Motion for Class Certification |
| Replies to Opposition | 30 days after Defendant files any opposition to Plaintiff's Motion for Class Certification |

The "trigger date" is the later of: (1) the date a stay is lifted, if the Court grants GEICO's Motion to Stay; or (2) the date this Court denies GEICO's Motion to Stay, if the motion is denied.

1

Following a decision on class certification, if class certification is granted, the Parties must meet and confer to propose a schedule for any additional discovery on the merits, dispositive motions and trial deadlines.

**IT IS SO ORDERED.**

                                                  /s/ Solomon Oliver, Jr.
                                                  Solomon Oliver, Jr.
                                                  UNITED STATES DISTRICT JUDGE