**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **MILIND DESAI**, Individually, and on behalf of all those similarly situated | Case No. 19-CV-02327 |
| Plaintiff, | Judge Solomon Oliver, Jr. |
| v. | |
| **GEICO CASUALTY COMPANY**, | **UNOPPOSED MOTION TO HOLD STATUS CONFERENCE TELEPHONICALLY ONLY** |
| Defendant. | |

Pursuant to Local Rule 16.3(b)(1), Defendant, GEICO Casualty Company ("GEICO"), respectfully requests that this Court issue an order that the Status Conference scheduled for March 13, 2020, 3:30pm, be held by telephone only.  Given the current concerns surrounding COVID-19 and the Center for Disease Control and Prevention's travel guidelines, a telephonic only status conference will limit travel and group contact, and thereby reduce the risk of transmission of the virus.  Defendant's counsel has consulted with Plaintiff's counsel, and Plaintiff does not oppose this motion.  Having the hearing by telephone is fair to all parties.

WHEREFORE, for the reasons set forth above, GEICO respectfully requests that this Court excuse the personal appearance of all representatives and order that the March 13, 2020 status conference be held telephonically only.

Respectfully submitted,

*/s/ Ian M. Fischer*
Michael D. Meuti (0087233)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Phone: (216) 363-6246
Facsimile: (216) 363-4588
mmeuti@beneschlaw.com

and

1

Dan W. Goldfine (ABN: 018788)
(pro hac vice pending)
Ian M. Fischer (ABN: 026239)
(pro hac vice pending)
Elizabeth B. N. Garcia (ABN: 032209)
(pro hac vice pending)
Husch Blackwell LLP
5060 North 40th Street, Suite 250
Phoenix, Arizona 85018
Phone: (480) 824-7900
Facsimile: (480) 824-7905
Dan.goldfine@huschblackwell.com
Ian.fischer@huschblackwell.com
Elizabeth.garcia@huschblackwell.com

*Counsel for GEICO Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the

Court using the CM/ECF system on March 11, 2020, which will result in service upon all

counsel of record.

*/s/ Ian M. Fischer*
Attorney

2