UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MILIND DESAI, *individually, and on behalf of all others similarly situated*, | ) ) ) | Case No.: 1:19 CV 2327 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| GEICO CASUALTY COMPANY, | ) ) | |
| Defendant | ) | ORDER |

The court held a telephonic status conference with counsel for the parties in the within case on March 13, 2020, at 3:30 p.m. During the conference, the court provided that it would adopt the parties' Joint Proposed Amended Schedule (ECF No. 42) in its entirety. The court has issued a separate order to that effect, (ECF No. 43). Additionally, the parties indicated that they are cooperatively working on discovery matters and will continue to do so pending the court's ruling on Defendant Geico Casualty Company's Motion to Stay (ECF No. 33).

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 13, 2020