# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MILIND DESAI**, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>**GEICO CASUALTY CO.**,<br><br>  Defendant. | Case No.: 1:19-cv-02327<br><br>Judge J. Philip Calabrese |

### PLAINTIFF'S NOTICE OF THE PARTIES AGREEMENT TO ENTRY OF JUDGMENT PURSUANT TO RULE 68

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Milind Desai ("Desai"), hereby notifies the Court that Desai and Defendant GEICO Casualty Company ("GEICO") (collectively "the Parties") have agreed to entry of a judgment in his favor against GEICO in the amount of two thousand dollars and zero cents ($2,000.00). A true and correct copy of GEICO's Rule 68 offer, dated January 20, 2022, is attached hereto as "Exhibit A." A true and correct copy of Desai's Rule 68 acceptance, dated February 3, 2022, is attached as "Exhibit B."

Dated: February 3, 2022.  Respectfully submitted,

/s/*Roger L. Mandel*
Roger L. Mandel (admitted *pro hac vice*)
rmandel@jeevesmandellawgroup.com
**JEEVES MANDEL LAW GROUP, P.C.**
2833 Crockett St, Suite 135
Fort Worth, TX  76107
T: 214-253-8300

Drew Legando (0084209)
Edward S. Jerse (0013155)
**MERRIMAN LEGANDO WILLIAMS & KLANG, LLC**
1360 West 9th Street, Suite 200

1

Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007
drew@merrimanlegal.com
edjerse@merrimanlegal.com

Scott R. Jeeves (admitted *pro hac vice*)
**JEEVES LAW GROUP, P.A.**
2132 Central Avenue
St. Petersburg, Florida 33705
T. (727) 894-2929
sjeeves@jeeveslawgroup.com

Craig E. Rothburd (admitted *pro hac vice*)
**CRAIG E. ROTHBURD, P.A.**
320 W. Kennedy Blvd., Suite 700
Tampa, Florida 33606
T. (813) 251-8800
craig@rothburdpa.com

Casim Adam Neff (admitted *pro hac vice*)
**NEFF INSURANCE LAW, PLLC**
P.O. Box 15063
St. Petersburg, Florida 33733
T. (727) 342-0617
cneff@neffinsurancelaw.com

*Counsel for Plaintiff Milind Desai and the Class*

## **CERTIFICATE OF SERVICE**

This document was filed February 3, 2022, on the Court's ECF System, through which it will be served on all counsel of record.

/s/*Roger L. Mandel*
Roger L. Mandel

2