# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MILIND DESAI, | ) Case No. 1:19-cv-2327 |
| Plaintiff, | ) Judge J. Philip Calabrese |
| v. | ) Magistrate Judge |
| | ) William H. Baughman Jr. |
| GEICO CASUALTY COMPANY, | ) |
| Defendant. | ) |

## JUDGMENT

On February 3, 2022, Defendant filed a notice of settlement between the parties pursuant to Rule 68 of the Federal Rules of Civil Procedure. (ECF No. 154.) In accordance with Rule 68, the notice included both Defendant's offer and Plaintiff's notice of acceptance. (ECF No. 154-1; ECF No. 154-2.) Pursuant to the settlement agreement, the Court **ENTERS** judgment against Defendant Geico Casualty Company in the amount of $2,000.00, including costs. Further, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure

**SO ORDERED.**

Dated: February 4, 2022

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio